UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-30-10

------------------------------------x

F & H Tradename, LLC

                    Plaintiff(s)

10 CIV. 8843

-vs-

Notice of a Pretrial Conference

NY Charles Hotel, Inc.

                    Defendant(s)

------------------------------------x

      Counsel are directed to appear in Courtroom 20-C on February 8, 2011 at 10:00 a.m., for a pretrial conference, for the purpose of discussing the status of this case. Please notify your adversary as to the date of this conference.

      This conference will not be adjourned except by order of the Court.

      SO ORDERED.

DATED: NEW YORK, NEW YORK
November 30, 2010

_____
JOHN F. KEENAN
U.S.D.J.