UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| F&H Tradename, LLC, and Charles Square Cambridge LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>NY Charles Hotel, Inc., and Charles Chong, a.k.a. Chol Ho Chong, individually,<br><br>                Defendants | CIVIL ACTION NO. *10-cv-8843*<br><br>*Judge Keenan* |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for F&H Tradename LLC certifies that F&H Tradename LLC has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: November 22, 2010

Of Counsel:
Michael J. Bevilacqua
Mark G. Matuschak
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
(617) 526-5000
michael.bevilacqua@wilmerhale.com
mark.matuschak@wilmerhale.com

Respectfully submitted,

*/s/ Nels T. Lippert*

Nels T. Lippert
Nicole E. Feit
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Ph. (212) 230-8800
Fax (212) 230-8888
nels.lippert@wilmerhale.com
nicole.feit@wilmerhale.com

Attorneys for Plaintiff F&H Tradename LLC

USIDOCS 7765623v1